**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 23-cv-02883 |
| ) | |
| MCR WAUKEGAN TENANT LLC d/b/a ) | |
| Hampton Inn & Suites Chicago Waukegan ) | Judge Maldonado |
| ) | |
| Defendant. ) | Magistrate Judge McShain |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT**
**TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN, and the Defendant, MCR WAUKEGAN TENANT LLC, through their respective attorneys of record, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

| HOWARD COHAN | MCR WAUKEGAN TENANT LLC |
|---|---|
| By: /s/ *Marshall J. Burt* | By: /s/*Tina C. Wills* |
| Marshall J. Burt, Esq. | Tina C. Wills |
| The Burt Law Group, Ltd. | Smith, Gambrell & Russell, LLP |
| 77 W. Washington, Ste 1300 | 311 S. Wacker Dr., Ste 3000 |
| Chicago, IL 60602 | Chicago, IL 60606 |
| 312-419-1999 | twills@sgrlaw.com |
| Marshall@mjburtlaw.com | |